No. 1929. CREHORE, APPELLEE, *v.* BLONDET, APPELLANT.—Deposit. Guayama. November 4, 1918. *Appeal withdrawn.*

No. 1930. LASSANTA, APPELLEE, *v.* CARBALLEIRA, MAYOR OF BAYAMÓN, APPELLANT.—Mandamus. San Juan, Section 1. November 5, 1918. *Dismissed.*

No. 1931. LÓPEZ, APPELLEE, *v.* RODRÍGUEZ, APPELLANT.—Divorce. Humacao. November 5, 1918. *Dismissed.*

No. 1284. PEOPLE, APPELLEE, *v.* CRUZ, APPELLANT.—Assault and battery. Humacao. November 7, 1918. *Affirmed.*

No. 1285. PEOPLE, APPELLEE, *v.* ANDINO, APPELLANT.—Violation of section 288 of the Penal Code. San Juan, Section 2. November 7, 1918. *Affirmed.*

No. 1932. LEÓN ET AL., APPELLANTS, *v.* SOSA, APPELLEE.—Ejectment. San Juan, Section 1. November 7, 1918. *Dismissed.*

No. 1933. ROSSY, PETITIONER AND APPELLANT, *v.* AMADOR ET AL., APPELLEES.—Injunction. San Juan, Section 1. November 7, 1918. *Dismissed.*

No. 1902. NAZARIO, APPELLEE, *v.* AMERICAN RAILROAD COMPANY OF PORTO RICO, APPELLANT. — Damages. Mayagüez. November 8, 1918. *Appeal withdrawn.*